

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

EXHIBIT WITHDRAWAL
(Place this record in the case file.)

CASE NUMBER: 1:05-cr-92

STYLE: USA

v.

Anderson, et. al.

WITHDRAWN BY: _Angela e Ebony Ashod_
SIGN AND PRINT

_AUSA_
FIRM OR AGENCY

(Check one of the following)

☐ PLAINTIFF(S)  ☐ DEFENDANT(S)  ☑ GOVERNMENT

DESCRIPTION(optional):

DEPUTY CLERK: _O. Cepetz_

DATE: 12/19/12