UNITED STATES DISTRICT COURT
EASTERN DISTRICT of TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 1:05-cr-92-9 |
| v. ) | |
| ) | Judge Collier |
| CLAY MORELAND ) | |

## **O R D E R**

Before the Court is Defendant Clay Moerland's[1] pro se motion for early termination of his supervised release. (Doc. 418.) The Government has responded in opposition. (Doc. 419.) Defendant pleaded guilty to conspiracy to distribute methamphetamine (Doc. 148) and was sentenced on June 2, 2006, to 135 months' imprisonment and five years of supervised release (*see* Doc. 229). After completing his term of imprisonment, Defendant began his term of supervised release on May 23, 2014. Although Defendant presents a cogent case for early termination of his supervised release, the Court notes Defendant has served less than half of his 60-month term. Accordingly, the Court, taking into consideration the relevant factors listed in 18 U.S.C. § 3553(a), **DENIES** without prejudice Defendant's motion (Doc. 418).

    **SO ORDERED.**

    **ENTER:**

                                            /s/
                                            **CURTIS L. COLLIER**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1] Although the case caption records Defendant's name as "Clay Moreland," Defendant spells his surname "Moerland."